UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSEMARIE MacMILLAN BROWN,

                              Plaintiff,

              -against-

EAST 92 STREET ASSOCIATES,

                              Defendant.

1:20-CV-6886 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued October 28, 2020, dismissing this action without prejudice,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit an amended request to proceed *in forma pauperis* or pay the $400.00 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 28, 2020
           New York, New York

                                                     COLLEEN McMAHON
                                             Chief United States District Judge